<u>NOT FOR PUBLICATION</u>

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                          :
PANUNZIO LAW, P.C.,                       :
                                          :
                    Plaintiff,            :
                                          :   Civil Action No. 15-1570 (SRC)
v.                                        :
                                          :   **OPINION**
DOMENEX AS et al.,                        :
                                          :
                    Defendants.           :
_____ :

**<u>CHESLER, U.S.D.J.</u>**

      This matter comes before the Court on the motion for default judgment by Plaintiff Panunzio Law, P.C. against Defendant Domenex AS.  For the reasons stated below, the motion will be granted.

      Plaintiff has filed a waiver of service from Defendant's counsel, offering to waive personal service and to accept service by mail.  Plaintiff has filed proof of service conforming to the waiver's terms.

      The Complaint complains of violations of the Anti-cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d).  "A consequence of the entry of a default judgment is that the factual allegations of the complaint, except those relating to the amount of damages, will be taken as true."  <u>Comdyne I, Inc. v. Corbin</u>, 908 F.2d 1142, 1149 (3d Cir. 1990).  The Complaint pleads facts which, taken as true, establish Defendant's liability for trademark infringement, pursuant to 15 U.S.C. § 1125(d).  Plaintiff seeks only injunctive relief, which will be granted.

      Pursuant to Federal Rule of Civil Procedure 55(b)(2), Plaintiff's motion for entry of

default judgment is granted, and Judgment shall be entered against Defendant Domenex AS on all claims in the Complaint.

                                               s/ Stanley R. Chesler
                                              Stanley R. Chesler
                                              United States District Judge

Dated: June 1, 2015