## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| PANUNZIO LAW, P.C. | ) | $CL$ |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| DOMENEX AS; | ) | |
| DIGITAL NOMADS, LLC; | ) | Case no.: 2:15-cv-01570-SRC-CLW |
| JOHN DOES 1-10; | ) | |
| ABC CORPS. 1-10 | ) | **ORDER** |
| Defendants. | ) | |

This matter being opened by Simone Bertollini, Esquire, attorney for Plaintiff, PANUNZIO

LAW, P.C., for an order against defendant, DOMENEX AS.

Having this Court considered the complaint as well as the evidence on records, and for

good cause shown, **IT IS ORDERED THAT:**

A.   Defendant, DOMENEX AS, their officers, directors, principals, agents, servants,
     employees, successors and assigns, and all individuals acting in concert or
     participation with them, shall be permanently restrained from using, on or in
     connection with any product, internet domain, service, or the manufacture,
     importation, exportation, sale, offering for sale, distribution, advertising,
     promotion, labeling or packaging of any product or service, or using for any
     commercial purpose whatsoever:

     (1) the designation "Panunzio" or similar terms;

(2) the Internet domain name Panunzio.com or any domain
consisting of "Panunzio" with any other extension than .com;
(3) any other designation that is likely to cause dilution of the
distinctiveness of the Plaintiff's mark or injury to Plaintiff's
business reputation; or
(4) any other name, mark or term likely to cause mistake in the mind of the
public or to deceive the public into the belief that defendant's business
and/or products and/or services are in any way associated with or related to
Plaintiff or its products and or its services;

B.  NAMEPAL.COM, or any other registrar, shall transfer the domain
www.panunzio.com to Plaintiff, Panunzio Law, P.C.

Done and ordered in chambers, at Newark, New Jersey, this ___ day of _____
2015.

_____
, DISTRICT COURT JUDGE